APPEALS OF CLARENCE E. POPE AND MRS. CLARENCE E. POPE.

Docket Nos. 2151, 2500.    Submitted October 7, 1925.    Decided February 4, 1926.

> Value of buildings determined for purpose of fixing a reasonable allowance for depreciation.

*H. F. Driemeyer, Esq.*, for the taxpayers.
*Robert A. Littleton, Esq.*, for the Commissioner.

Before STERNHAGEN, LANSDON, and ARUNDELL.

### FINDINGS OF FACT.

During the year 1914, Clarence E. Pope acquired by purchase certain improved property, more particularly described as Lots 51 and 52, Block 3 of Second St. Claire Subdivision, City of East St. Louis, St. Claire County, Ill. For this property he paid the sum of $80,000. The property is located on the corner of Broadway and Collinsville Avenue, which was, in 1914, and now is, one of the principal business corners of the City of East St. Louis. At the

time of purchase, all of the property was improved with frame buildings and one brick building. The brick building fronted on Collinsville Avenue and was 25 feet wide. The buildings contained five stores, which were rented at the time of purchase for $875 per month. The rent received for these stores has never been less than that amount. The buildings were constructed more than 30 years ago. In 1910, the store in the corner building was substantially reconstructed by tearing out and removing the roof and the side walls, and a new store was constructed, which was 25 by 56 feet in dimensions. Repairs were made from time to time upon the buildings. The fair value of the buildings, at the time of their purchase by Clarence E. Pope in 1914, was $30,000, the value of the brick building being $5,000 and the value of the frame buildings being $25,000. On October 13, 1920, the taxpayer, Clarence E. Pope, deeded to his wife a three-fourths interest in the property.

### DECISION.

The deficiency should be computed in accordance with the foregoing findings of fact and the following opinion. Final determination will be settled on 15 days' notice, in accordance with Rule 50. The rates of depreciation heretofore used by the Commissioner should be applied.

### OPINION.

ARUNDELL: The taxpayer, Clarence E. Pope, claimed in his returns for the years in question that a valuation of $5,000 should be placed on the brick building located on the property, for the purpose of depreciation, and this valuation was conceded to be correct and was used by the Commissioner in making his determination. The evidence clearly establishes the fair market value of the buildings, both brick and frame, to be $30,000 at the time of the purchase of the property in 1914. No evidence was introduced as to the value of the property at the date of acquisition by Mrs. Pope of a three-fourths interest therein. It therefore becomes necessary to approve the Commissioner's determination in the appeal of Mrs. Clarence E. Pope.